UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| USA | CIVIL ACTION NO. 21-1977 |
| VERSUS | JUDGE SUMMERHAYS |
| Approximately Six Hundred and Nineteen (619) Firearms and Firearms Accessories | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the objection filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Motion to Strike Claim for Lack of Standing Pursuant to a Judgment on the Pleadings in Accordance with Rule G(8)(c)(ii)(B) [Doc. 39], filed by the United States of America, is GRANTED, and, to the extent that Mr. Richard has properly filed a claim, that claim to the forfeited property is STRICKEN.

IT IS FURTHER RECOMMENDED that the Motion to Withdraw Petition for Intervention and Submission of Claim [Doc. 36], filed by David Richard, is DENIED AS MOOT.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 13th day of June, 2022.

UNITED STATES DISTRICT JUDGE