# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:21-CV-01977** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **FIREARMS & FIREARM ACCESSORIES** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, United States' Motion to Strike (Rec. Doc. 92) is GRANTED and the claims/defenses of Dave's Gunshop, LLC are hereby stricken.

Signed at Lafayette, Louisiana, this 20th day of October, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE